United States District Court
Southern District of Texas
**ENTERED**
July 22, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| **ROSMERY HERRERA RODRIGUEZ,** | § | |
| **Petitioner,** | § | |
| | § | |
| **V.** | § | **CIVIL ACTION NO. 5:26-CV-01289** |
| | § | |
| **CORE CIVIC LAREDO PROCESSING CENTER,** | § | |
| | § | |
| **Respondent.** | § | |

## ORDER

Pending before the Court is Petitioner Rosmery Herrera Rodriguez's ("Petitioner") Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241. (Dkt. 1.) Petitioner challenges the lawfulness of her detention by Immigration and Customs Enforcement (ICE) officials with the Department of Homeland Security (DHS). (*Id.*)

Upon review of the Petition, the Court has identified that Petitioner has an identical habeas petition pending before United States District Judge John A. Kazen. (*See* 5:26-cv-01212). In that matter, Judge Kazen has already ordered Respondents to respond to the Petition and Respondents have filed a Motion to Intervene and a Motion for Summary Judgment. (*See* 5:26-cv-01212, Dkts. 6, 12, 13.) When a Petitioner files a duplicate petition alleging "substantially the same facts arising from a common series of events," the later-filed petition should ordinarily be dismissed. *Pittman v. Moore*, 980 F.2d 994, 994–95 (5th Cir. 1993) ("Ordinarily . . . the district court confronted with the later-filed action should dismiss it in favor of the case that was filed earlier."); *see, e.g.*, *Zhao v. Holder*, 2010 WL 517897, at *1 (S.D. Tex. Feb. 10, 2010) (dismissing later-filed immigration habeas petition as duplicative).

Here, the Petitioner's petition in the above captioned case, 5:26-cv-01289 is identical to the petition filed in 5:26-cv-01212. (*Compare* 5:26-cv-01289, Dkt. 1, *with* 5:26-cv-01212, Dkt. 1.) Both petitions assert the same legal claims and match one another word for word.

Accordingly, Petitioner's Petition for Writ of Habeas Corpus, (Dkt. 1), is **DISMISSED** without prejudice to Petitioner's pending action before Judge Kazen, 5:26-cv-01212, *Herrera Rodriguez v. Core Civic Laredo Processing Ctr*. The Clerk of Court is **DIRECTED** to **CLOSE** this civil action.

Finally, the Clerk of Court is **DIRECTED** to mail a copy of this Order to Petitioner by any receipted means at the following address:

**Rosmery Herrera Rodriguez**
**A# 244732255**
**Laredo Detention Center**
**4702 East Saunders St.**
**Laredo, TX 78401**

IT IS SO ORDERED.

SIGNED this July 21, 2026.

Diana Saldaña
United States District Judge